United States District Court
Southern District of Texas
**ENTERED**
July 14, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff/Respondent, | § | |
| | § | CRIMINAL NO. 6:12-43 |
| v. | § | CRIMINAL NO. 6:13-102 |
| | § | |
| GLORIA MARIA NWOSU, | § | (CIVIL NO.  6:15-36) |
|    Defendant/Movant. | § | |

# FINAL JUDGMENT

For the reasons stated in the Court's Memorandum Opinion & Order entered this date, the above-styled action is hereby **DISMISSED**.

This is a **FINAL JUDGMENT**.

It is so **ORDERED** this 13th day of July, 2016.

_____
JOHN D. RAINEY
SENIOR U.S. DISTRICT JUDGE